JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE LUIZ COSTA SOARES, | ) | Case No. 5:21-cv-00356-ODW-JC |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ALEJANDRO MAYORKAS, ACTING SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) ) | |
| Respondents. | ) | |

In accordance with this Court's Order (1) Dismissing Petition and Action without Prejudice; and (2) Denying Application for Order to Show Cause as Moot, IT IS HEREBY ADJUDGED that petitioner's "Emergency Petition for Writ of Habeas Corpus and Complaint for Declaratory and Preliminary Injunctive Relief with Temporary Restraining Order" and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED:    August 27, 2021

_____

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE